UNITED STATES *versus* FIVE HUNDRED AND FIFTY PAIRS SILVER WROUGHT INDIAN EAR BOBS AND FOUR PAIRS SILVER WROUGHT ARM BANDS.

JOURNAL ENTRIES: (1) Oct. 12, 1821: proclamation made, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1820–22): (1) Libel; (2) published notice; (3) account of sales.
*File No. . . . . Larned Docket*, MS p. 28.

UNITED STATES *versus* FOUR PATENT LEVER GOLD

WATCHES.

JOURNAL ENTRIES: (1) Oct. 12, 1821: proclamation made, continued; (2) Oct. 7, 1822: proclamation made, evidence heard; (3) Oct. 8, 1822: attendance of witness claimed; (4) Oct. 9, 1822: property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1820–23): (1) Libel; (2) published notice; (3) commission to take depositions, deposition of Martin Andrews; (4) notice of taking deposition; (5) deposition envelope; (6) precipe for subpoena; (7) subpoena; (8) account of sales.
*File No. . . . . Larned Docket*, MS p. 26.

UNITED STATES *versus* RICHARD SMYTH.

JOURNAL ENTRIES: (1) Oct. 13, 1821: continued; (2) Sept. 21, 1822: judgment for costs.
PAPERS IN FILE (1820–21): (1) Precipe for capias; (2) capias and return; (3) declaration; (4) pleas setting up act of Congress "for the relief of Richard Smyth," etc.; (5) letter—Treasury Department to United States attorney.
*File No. . . . . Larned Docket*, MS p. 14.

UNITED STATES *versus* SAMUEL A. BEAUCHAMP.

JOURNAL ENTRIES: (1) Oct. 13, 1821: continued; (2) Sept. 21, 1822: continued; (3) Sept. 29, 1822: continued.
PAPERS IN FILE (1818–20): (1) (a) Notice to collector of proceedings for remission of penalty, (b) same to United States attorney, (c) petition for remission, (d) copy of capias, (e) testimony of Richard Smyth, (f) testimony of Abraham Wendell; (2) copies of papers (a-f); (3) Treasury decision; (4) letter—Secretary of Treasury to John Hunt.
*File No. . . . . Larned Docket*, MS p. 8.